# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARK ALAN EPLEY**                                                                      **PLAINTIFF**

**v.**                              **CASE NO. 3:20-CV-00224-BSM**

**DAWN DEAN, Parole officer, Paragould**                              **DEFENDANT**

## ORDER

Mark Epley's motion to proceed *in forma pauperis* [Doc. No. 1] is denied. *See* Fed. R. Civ. P. 11(a) (*pro se* party must personally sign). His motion to appoint counsel [Doc. No. 3] is denied. *See Glick v. Henderson*, 855 F.2d 536 (8th Cir. 1988). His complaint is dismissed *sua sponte*. *See Higgins v. Carpenter*, 258 F.3d 797, 800 (8th Cir. 2001). Epley has pending criminal charges in Greene County, *see State v. Mark Epley*, 28CR-20-112, so his complaint must be dismissed. *Younger v. Harris*, 401 U.S. 37, 69 (1971) (federal courts abstain when there are ongoing judicial proceedings that implicate important state interests).

IT IS SO ORDERED this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE