IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK ALAN EPLEY**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:20-CV-00224-BSM**

**DAWN DEAN, Parole officer, Paragould**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October, 2020.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE